

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| GILBERT ROMO, | § | No. 08-16-00005-CV |
|  | § |  |
| Appellant | § | Appeal from the |
|  | § |  |
| V. | § | County Court at Law. No. 6 |
|  | § |  |
| NATIONSTAR MORTGAGE LLC, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2015-CCV01112) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF MAY, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.